## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
|                         ) | |
| Plaintiff, ) | **ORDER** |
|                         ) | |
| vs. ) | |
|                         ) | |
| Joel Hall Parnell, II, ) | Case No.1:23-cr-082 |
|                         ) | |
| Defendant. ) | |

Defendant is charged in an Information with a Class A Misdemeanor. On May 22, 2023, he filed, among other things, Consent to Proceed before a Magistrate Judge (Doc. No. 5), a Motion to Participate in Change of Plea and Sentencing Through Alternative Technology (Doc. No. 8), Request for Combined Plea and Sentencing (Doc. No. 9), and Consent to a Pre-Sentence Investigation Report (Doc. No. 10).

Defendants' Motion to Participate in Change of Plea and Sentencing Through Alternative Technology (Doc. No. 8) and Request for Combined Plea and Sentencing (Doc. No. 9) are **GRANTED**. A combined initial appearance, plea, and sentencing hearing shall be scheduled scheduled for July 13, 2023, at 10:00 AM CDT in Bismarck courtroom #2. Defendant and his attorney are authorized to appear via video. Instructions on how to appear via video shall be provided by Defendant by separate email.

**IT IS SO ORDERED.**

Dated this 2nd day of June, 2023.

                                                  */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                  United States District Court